FREDERICK W. MORRIS, PLAINTIFF IN ERROR, v. STATE,
EX REL. WILLIAM HARRIGAN, DEFENDANT IN ERROR.

Error to the Supreme Court.

For the plaintiff in error, *J. W. Taylor.*

For the defendant in error, *B. C. Potts.*

THE CHANCELLOR.   For the reasons given for the rever-
sal of the judgment in Poinier *v.* Schmidt, decided at this
term, the judgment of the Supreme Court in this case should
be reversed.

---

MICHAEL SUMMERS, PLAINTIFF IN ERROR, v. STATE,
JOSEPH W. WILDEY, PROSECUTOR, DEFENDANT IN
ERROR.

In error to the Supreme Court.

For the plaintiff in error, *J. W. Taylor.*

For the defendant in error, *B. C. Potts.*

THE CHANCELLOR.   For the reasons given for the rever-
sal of the judgment in Poinier *v.* Schmidt, decided at this
term, the judgment of the Supreme Court in this case should
be reversed.